■ In the Matter of the Estate of Elizabeth Macey, Deceased. Bernard B. Polak, as Ancillary Executor, Appellant; Violet H. Gunn, Respondent.—

Decree entered February 6, 1969, unanimously modified on the law to the extent of directing payment of interest on the nine cash legacies contained in the decedent's will at 3% per annum commencing seven months from the time letters issued to appellant and otherwise affirmed, with costs and disbursements to all parties filing briefs payable out of the estate. (See EPTL 11-1.5, subd. [d].) Concur — Eager, J. P., Capozzoli, Markewich and McNally, JJ.